FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 07 2021

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:20CR00088-JM |
| | ) | |
| v. | ) | 18 U.S.C. § 922(o) |
| | ) | 18 U.S.C. § 924(a)(2) |
| KEVIN BROWN | ) | |

## SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

On or about June 6, 2019, in the Eastern District of Arkansas, the defendant,

KEVIN BROWN,

knowingly possessed a machinegun, that is: a Glock, Model 19 Gen 4, 9mm pistol, bearing serial number BBSP770, equipped with a machinegun conversion device, which enabled the weapon to shoot automatically more than one shot, without manual reloading, by a single function of the trigger.

All in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

### FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count 1 of this Indictment, the defendant, KEVIN BROWN, shall forfeit to the United States pursuant to Title 26, United States Code, Section 5872(a), all firearms involved in the violation, including, but not limited to, the following specific property: a machinegun, namely, a Glock, Model 19 Gen 4, 9mm pistol, bearing serial number BBSP770, equipped with a machinegun conversion device, which enabled the weapon to shoot automatically more than one shot, without manual reloading, by a single function of the trigger.

[END OF TEXT. SIGNATURE PAGE ATTACHED.]